1 

 Robert Bradley Lanari, Petitioner v. Moses 'Andre' Stancil, Executive Director, Colorado Department of Corrections (CDOC); August Bauby, Manager, Time/Release Operations (CDOC); Michelle Brodeur, Clinical Services, Head (CDOC); Nicole Allen, MPS Coordinator, Programs Education (CDOC); Barry Goodrich, Warden, Crowley County Correctional Facility (CCCF); Eddie Tenorio, Case Manager (CCCF); and George Teneff, Case Manager (CCCF), Respondents 
No. 25SC338
Supreme Court of Colorado, En Banc
October 27, 2025
 Court of Appeals Case No. 24CA341 
 
 Petition for Writ of Certiorari DENIED.